LAW OFFICES

## MARKS & BROOKLIER, LLP

DONALD B. MARKS
ANTHONY P. BROOKLIER

10100 SANTA MONICA BOULEVARD
SUITE 300
LOS ANGELES, CALIFORNIA 90067
www.marksandbrooklier.com

TELEPHONE
(310) 273-7166
(310) 772-2287
FAX (310) 772-2286

August 23, 2016

Hon. Norman A. Mordue
Senior U.S. District Court Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261

    Re:   **U.S. v. Andrew Raymond and Brian Requena**
             **Docket No.: 5:15-CR-081-NAM**

Dear Judge Mordue:

    This letter is written on behalf of myself as counsel for defendant, Andrew Raymond, and attorney, Mark McBride, on behalf of defendant, Brian Requena.

    As set forth in AUSA Carla Freedman's letter to the Court yesterday, the defense joins in the government's request that the trial in this matter be adjourned until such time that the Second Circuit decides the important issues raised in the Zhang appeal.

    Thank you for your consideration of this matter.

                                    Respectfully submitted,

                                    MARKS & BROOKLIER, LLP

                                    By: _____
                                         ANTHONY P. BROOKLLIER
                                         Attorney for Defendant
                                         ANDREW RAYMOND