IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
(SYRACUSE)

UNITED STATES OF AMERICA

    Plaintiff,

v.     Case No.  5:15-cr-00081-NAM

ANDREW RAYMOND, and
BRIAN REQUENA,

    Defendants.
_____/

**DEFENSE DISCLOSURE OF EXPERT WITNESS INFORMATION**

COME NOW Defendants, ANDREW RAYMOND and BRIAN REQUENA, by and through their respective undersigned counsel of record, and file the following documents with regard to the defense expert witnesses to be called at trial:

1.  First Amended Summary of Expert Opinion and Bases (Mark Erickson, Ph.D., Professor of Chemistry) dated September 5, 2016 (24 pages);

2.  Vita of Mark Erickson, Ph.D., Professor of Chemistry (9 pages);

3.  First Amended Affidavit of Dr. Anthony P. DeCaprio (24 pages) dated August 25, 2016;

1

4.     Vita of Anthony P. DeCaprio, Ph.D, DABT (28 pages).

The above documents are filed in compliance with Federal Rules of Criminal Procedure 16(E) and Federal Rules of Evidence 701 et seq.

Dated: September 14, 2016                    Respectfully submitted,

/s/ *Anthony P. Brooklier*
ANTHONY P. BROOKLIER, SBN 50198
MARKS & BROOKLIER, LLP
10100 Santa Monica Blvd., Suite 300
Los Angeles, CA. 90067
Tel: (310) 772-2287
Fax: (310) 772-2286
Email: marksbrooklier@yahoo.com
Attorney for Defendant
ANDREW RAYMOND


/s/ *Mark McBride*
MARK McBRIDE, SBN 226684
468 North Camden Dr, No. 211
Beverly Hills, CA. 90210
Tel: (310) 880-7120
Fax: (310) 388-0686
Email: mcbridelaw@gmail.com
Attorney for Defendant
BRIAN REQUENA