UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊

UNITED STATES OF AMERICA

           -V-                                    5:15-CR-81(NAM)

ANDREW RAYMOND and BRIAN REQUENA,

                         Defendants.

◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊◊

## VERDICT FORM – DEFENDANT ANDREW RAYMOND

This Verdict Form pertains to Defendant ANDREW RAYMOND only. You have been supplied with a separate Verdict Form for each defendant. Please fill out each Verdict Form completely.

We, the jury, unanimously find as follows as to Defendant ANDREW RAYMOND:

COUNT ONE: Conspiracy to possess with intent to distribute and to distribute controlled substance analogue(s) [21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846]).

    As to Count 1 of the First Superseding Indictment, we, the jury, unanimously find Defendant ANDREW RAYMOND:

    GUILTY    __X__              NOT GUILTY    _____

COUNT TWO: Conspiracy to commit money laundering [18 U.S.C. §§ 1956(a)(1)(A)(i), (a)(2)(A), and (h)]

    As to Count 2 of the First Superseding Indictment, we, the jury, unanimously find Defendant ANDREW RAYMOND:

    GUILTY    __X__              NOT GUILTY    _____

Sign and date page 2 of the Verdict Form and report your verdict to the marshal.

SO SAY WE ALL,

     FOREPERSON

Dated: *July 26,* , 2017



United States District Court
Northern District of New York
Chambers of
Norman A. Mordue
Chief Judge
100 S. Clinton Street
Syracuse, NY 13261-7336

Judge Mordue