# Michael Spano, Esq.

The Crown Building
Third Floor
304 South Franklin Street
Syracuse, New York 13202

Phone: (315) 200-1830
Fax: (315) 200-1929
E-mail: ms@michaelspanolaw.com
www.cnyCriminalLawyers.com

Honorable Norman A. Mordue
Senior United States District Court Judge
Northern District of New York
P.O. Box 7336
Syracuse, New York 13261

**Re:** **United States vs. Andrew Raymond**
**Docket No.: 5:15-CR-081 NAM**

Dear Judge Mordue:

Andrew Raymond and co-defendant Brian Requena are both being detained at the Onondaga County Correctional Facility in Jamesville pending sentence. It is my understanding there is a "no contact" order between the two of them. I am requesting the order be rescinded.

Thank you.

Sincerely,

Michael Spano
Bar Roll No.: 508163